No. 41379.—Protest 984067-G of M. Pressner & Co. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of Abstract 38680 the needle threaders in question were held dutiable at 40 percent under paragraph 339 as claimed.

No. 41380.—Protests 983078-G, etc., of Schoemann & Mayer, Inc. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel the bird cages in question were held dutiable at 40 percent under paragraph 339. Heemsoth v. United States (T. D. 49191) followed.

No. 41381.—Protests 982966-G, etc., of M. Pressner & Co. et al. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of paperweights and photo frames plated with silver, chiefly used in the household for utilitarian purposes. On the authority of Woolworth v. United States (26 C. C. P. A. 221, C. A. D. 20) and T. D. 47857 the claim at 50 percent under paragraph 339 was sustained.

No. 41382.—Protest 981690-G of Greenberg & Josefsberg (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of antimony figure pencil holders and paperweights chiefly used in the household for utilitarian purposes. On the authority of United States v. Woolworth (26 C. C. P. A. 221, C. A. D. 20) the claim at 40 percent under paragraph 339 was sustained.

No. 41383.—Protests 764579-G, etc., of F. W. Woolworth Co. (Seattle).

Opinion by DALLINGER, J. In accordance with stipulation of counsel certain bridge table pencil holders were held dutiable at 40 percent under paragraph 339. Photo frames and bridge table pencil holders plated with silver were held dutiable at 50 percent under the same paragraph. Woolworth v. United States (T. D. 47857 and 26 C. C. P. A. 221, C. A. D. 20) cited.